Gale and Wisner agt. Wells.

## COURT OF APPEALS.

Gale and Wisner appellants agt. Wells respondent.

The act passed at the last session of the legislature (April 16, 1852), repealing *sub.* 4. § 11 of the Code, which authorized appeals to be brought from orders of the courts below, " granting new trials," divested this court of all jurisdiction on such appeals; though brought previous to and pending, when the repealing act was passed.

The court, therefore, allow such appeals to be dismissed, *without costs of the appeal, or of the motion.*

*June Term,* 1852. In this case an order was made by the Supreme Court in the first judicial district, in November 1851, " granting a new trial" on a case. An appeal to this court from that order was made in January 1852, and the printed cases on the appeal were served upon the respondent's attorney in March.

Porter and Ballard agt. Jones.

The cause was placed upon the calendar of March term, and also upon that of the present term for argument. A motion was made at this term, on the part of the respondent to dismiss the appeal, with costs, on the ground that the amendments made at the last session of the legislature to the 11th section of the Code of Procedure deprived the Court of Appeals of the power to review orders granting new trials.

> C. VAN SANTVOORD, *Attorney,* and
> N. HILL JR., *Counsel for Respondent.*
>
> JOHN M. PLATT, *Attorney,* and
> BENJAMIN W. BONNEY, *Counsel for Appellants.*

The Court, RUGGLES, Ch. J.—Granted the motion that the appeal be dismissed, without costs, either of the motion or upon the appeal.   [No written opinion was delivered.] *a*

*a* This is the first case decided by the Court of Appeals after the passage of the repealing act of April 16, 1852; which took effect as a law on the 6th day of May 1852.